Danielle Lang*±
Jonathan Diaz*
Molly Danahy*
**CAMPAIGN LEGAL CENTER**
1101 14th St NW Suite 400
Washington, DC 20005
(202) 736-2200
*dlang@campaignlegal.org*
*jdiaz@campaignlegal.org*
*mdanahy@campaignlegal.org*

James E. Barton II, 023888
Jacqueline Mendez Soto, 022597
**BARTON MENDEZ SOTO PLLC**
401 W. Baseline Road, Suite 205
Tempe, Arizona 85283
480-550-5165
*James@bartonmendezsoto.com*
*Jacqueline@bartonmendezsoto.com*

*Attorneys for Plaintiffs*
**pro hac vice motions granted in related case* 2:22-cv-00519-SRB
± *pro hac vice granted in* 2:17-cv-04102-DGC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| League of United Latin American Citizens, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Secretary of State of Arizona, et al.,<br><br>Defendants. | Case No. 2:17-cv-04102-DGC<br><br>Related Case: 2:22-cv-00519-SRB<br><br>**MOTION TO TRANSFER RELATED CASE** |

Plaintiffs in *LUCHA v. Hobbs*, 2:22-cv-00519, Living United for Change in America ("LUCHA"), League of United Latin American Citizens ("LULAC"), Arizona Students' Association ("ASA"), and ADRC Action[1] respectfully request that this Court transfer 2:22-cv-00519-SRB to the Honorable Judge David G. Campbell under Local Rule 42.1 because it is a related case to this action, *LULAC v. Hobbs*,[2] 2:17-cv-04102-DGC. The *LUCHA* Plaintiffs listed this action, 2:17-cv-04102-DGC, as a related case on their civil cover sheet.

Under Local Rule 42.1, "when two or more cases are pending before different Judges, a party in any of those cases may file a motion to transfer the case or cases to a single Judge on the ground that the cases: (1) arise from substantially the same transaction or event; (2) involve substantially the same parties or property; (3) involve the same patent, trademark, or copyright; (4) call for determination of substantially the same questions of law; or (5) for any other reason would entail substantial duplication of labor if heard by different Judges." In this case, several of these factors apply.

*First*, the cases involve the same parties. The Plaintiffs in *LUCHA v. Hobbs* include both Plaintiffs in *LULAC v. Hobbs*. The Secretary of State is the named Defendant in both actions.

---

[1] Arizona Students' Association and LULAC-Arizona, the Arizona subsidiary of LULAC, were plaintiffs in this action, 2:17-cv-04102. ASA and LULAC are also plaintiffs in the newly filed related case, 2:22-cv-00519. Plaintiffs are represented by Campaign Legal Center, including the same lead attorney, Danielle M. Lang, in both cases.

[2] The original action named then Secretary of State Michelle Reagan as a Defendant in her official capacity. Katie Hobbs is now the Arizona Secretary of State, and thus is automatically substituted as a party. Fed. R. Civ. P. 25.

*Second,* both cases directly relate to Arizona's implementation of its documentary proof of citizenship requirement for voter registration.[3] Indeed, some of the claims in both cases are identical. *Compare* Doc. 1, Compl. ¶ ¶ 163-180, 188-194, *LUCHA v. Hobbs*, 2:22-cv-00519-SRB (D. Ariz. Mar. 31, 2022) (alleging 1st and 14th Amendment violations because the challenged law "conditions the right to register and to vote on what type of registration form—the State Form or the Federal Form—an eligible voter happens to use"); and Doc. 1, Compl. ¶¶ 77-88 (D. Ariz. Nov. 7, 2017) (alleging 1st and 14th Amendment violations because "current procedures for Arizona's dual registration system arbitrarily distinguish between Federal Form and State Form applicants and unjustifiably result in the disenfranchisement of eligible Arizona voters in both state and federal elections").

*Third*, the newly challenged law, HB 2492, explicitly rolls back the consent decree entered by this Court in *LULAC v. Hobbs*. Thus HB 2492 requires the Secretary of State to

---

[3] A separate challenge to HB 2492, including its documentary proof of citizenship component, has also been filed in this district. *See Mi Familia Vota v. Hobbs*, No. 2:22-cv-00509-SMB (D. Ariz.). One of the defendants in that matter, Attorney General Brnovich, has moved to transfer the case to Judge Dominic W. Lanza based on its alleged relation to *Mi Familia Vota v. Hobbs*, No. 2:21-cv-01423 (*Mi Familia Vota I*). *See* Doc. 529, Mot. to Transfer, *Mi Familia Vota v. Hobbs*, No. 2:21-cv-01423 (D. Ariz. Mar. 31, 2022). *Mi Familia Vota I* involves a challenge to Arizona's procedures for purging voters from permanent early voting list if they fail to cast a mail-ballot in two consecutive elections, and requiring voters who fail to sign an early ballot to cure those ballots by 7:00 p.m. on election day. *See* Compl. ¶ 1, ECF 1, *Mi Familia Vota v. Hobbs*, No. 2:21-cv-01423 (D. Ariz. Aug. 17, 2021). Although the *LUCHA* Complaint alleges that the denial of the right to vote by mail to voters is one of many unconstitutional burdens imposed on eligible Arizona voters who lack documentary proof of citizenship, *see* Compl. ¶ 163-180, ECF 1, *LUCHA v. Hobbs*, 2:22-cv-00519-SRB (D. Ariz. Mar. 31, 2022), its claims do not arise from the same transaction as the *Mi Familia Vota I* claims, nor do they share any legal or factual questions with the mail-voting claims in *Mi Familia Vota I*, other than that both actions involve challenges to election laws.

violate the consent decree. As the parties explained in their new complaint, *LUCHA v. Hobbs*:

> 75.   In 2018, LULAC and ASA sued the Secretary of State in *LULAC v. Regan*, No. 2:17-cv-04102-DGC (D. Ariz.), alleging that the dual-registration system violated the NVRA and the United States Constitution.
>
> 76.   The *LULAC* parties reached a consent decree in which the Secretary of State agreed not to condition voter registration based on the arbitrary distinction of whether a voter used the State Form or the Federal Form to apply for voter registration.
>
> 77.   The *LULAC v. Reagan* consent decree established, in relevant part, that Arizona would (a) register eligible applicants whose registration was not accompanied by documentary proof of citizenship and whose citizenship could not be verified through the Motor Vehicle Division to the Federal-Only Voter List and (b) provide a ballot to vote in all available federal elections to all registered voters on the Federal-Only Voter List. *See* Consent Decree, *LULAC v. Reagan*, No. 2:17-cv-04102-DGC, ECF No. 37 (D. Ariz. June 18, 2018). The Secretary codified the consent decree framework in the Arizona Elections Procedures Manual.
>
> 79.   HB 2492 abrogates the consent decree and reinstates the prior arbitrary system under which voter registration is conditioned on whether a voter submits the State Form or Federal Form.
>
> 80.   Under HB 2492, if an eligible voter provides DPOC at the time of registration applies using a State Form or Federal Form, they can vote in all available local, state, and federal elections.
>
> 81.   If an eligible voter without DPOC submits the Federal Form, the voter will be registered to vote only in certain federal elections, as described below.

82. But if that same voter applies using the State Form and does not provide DPOC, HB 2492 instructs that their registration be rejected outright.

83. This arbitrary distinction based on paperwork is unconstitutional and requires the Secretary to violate a federal consent decree.

Doc. 1, Compl. ¶¶ 75-83, *LUCHA v. Hobbs*, 2:22-cv-00519-SRB.

Given that the current challenge involves the same parties, directly raises the same claims raised in *LULAC*, and necessarily requires consideration of the underlying consent decree in *LULAC*, the factors outlined in Rule 42.1 strongly favor a transfer.

RESPECTFULLY SUBMITTED this 5th day of April, 2022.

BARTON MENDEZ SOTO PLLC
James E. Barton II
Jacqueline Mendez Soto

CAMPAIGN LEGAL CENTER

_/s/ Danielle Lang_____
Danielle Lang
Jonathan Diaz
Molly Danahy

## CERTIFICATE OF SERVICE

      I hereby certify that on April 5, 2022, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

                                /s/ Danielle Lang
                                Danielle Lang