# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Living United for Change in Arizona, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Katie Hobbs, <br><br> Defendant, <br><br> and <br><br> State of Arizona and Mark Brnovich, Arizona Attorney General, <br><br> Intervenor-Defendants. | Case No: 2:22-cv-00519-SRB <br><br> **ORDER GRANTING MOTION TO INTERVENE BY STATE OF ARIZONA AND MARK BRNOVICH, ARIZONA ATTORNEY GENERAL** |

The Court has considered the Motion to Intervene by State of Arizona and Mark Brnovich, Arizona Attorney General. The proposed Intervenor Defendants advise the Court that neither Plaintiffs nor Defendant objects to intervention and no opposition has been filed.

IT IS ORDERED granting the Motion to Intervene by State of Arizona and Mark Brnovich, Arizona Attorney General. (Doc. 12)

Dated this 26th day of April, 2022.

_____
Susan R. Bolton
United States District Judge