# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mi Familia Vota, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Katie Hobbs, et al.,<br><br>    Defendants. | No. CV-22-00509-PHX-SRB<br><br>**ORDER** |
| Living United for Change in Arizona, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>Katie Hobbs,<br><br>    Defendant. | No. CV22-00519-PHX-SRB |

The Court has considered the parties' Joint Stipulation re Case Consolidation and Answer Deadline.

**IT IS ORDERED** granting the Joint Stipulation re Case Consolidation and Answer Deadline. (Doc. 19)

**IT IS FURTHER ORDERED** that this matter is consolidated with *Living United for Change in Arizona v. Hobbs*, Case No. 2:22-cv-00519-SRB (D. Ariz.).

**IT IS FURTHER ORDERED** that all future filings shall be in CV22-00509-PHX-SRB.

1 . . .

2 **IT IS FURTHER ORDERED** that the parties' Answer deadline shall be June 6,
3 2022.

4      Dated this 16th day of May, 2022.

_____
Susan R. Bolton
United States District Judge